IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MICHAEL D. MOSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 02-1250-T/An |
| ) | |
| MICHAEL STRAIN, ) | |
| ) | |
| Defendant. ) | |

ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT OR ORDER

On March 28, 2005, plaintiff Michael D. Mosby filed both a Petition for Leave to Serve Subpoena Duces Tecum and a Motion for Reargument. The motions were an attempt to persuade the Court to alter rulings originally made in an Order Denying Plaintiff's Petition for Leave to Serve Subpoena Duces Tecum entered March 15, 2005. However, neither of the March 28 motions contained a certificate of service showing that copies had been provided to the defendant, as required by Fed. R. Civ. P. 5(a). On April 1, 2005, the Court denied the motions for that reason. Plaintiff has now filed a Motion for Relief from Judgment or Order in which he states that copies of the motions were served on the defendant, but that certificates of service were inadvertently omitted from the documents sent to the Court for filing.

The Court accepts plaintiff's explanation that the omission of the certificates of service was unintentional. However, consideration of the March 28 motions on the merits

fails to persuade the Court that the rulings originally made in the March 15 order, regarding the issuance of a subpoena duces tecum, should be modified. Accordingly, plaintiff's motion for relief from judgment or order is DENIED.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_____
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 111 in case 1:02-CV-01250 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

Stephen R. Butler
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Michael D. Mosby
WEST TENNESSEE STATE PRISON
264577
P.O. Box 1150
Henning, TN 38041--115

Honorable James Todd
US DISTRICT COURT