IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MICHAEL D. MOSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 02-1250-T/An |
| ) | |
| MICHAEL STRAIN, ) | |
| ) | |
| Defendant. ) | |

_____

ORDER ON MOTION FOR COURT ORDER

_____

Plaintiff Michael D. Mosby has filed a motion seeking an order allowing him to have a family member provide him with civilian clothes to wear at the trial of this case, which is currently scheduled for June 15, 2005. Plaintiff has submitted documentation showing that prison officials at the West Tennessee State Penitentiary have denied his request to have civilian clothes sent to the prison prior to his being transported to the federal courthouse.

While the Court declines to order the state prison officials to transport plaintiff to the courthouse in civilian clothes, the Court hereby ORDERS the U.S. Marshals Service to accept civilian clothes from plaintiff's family, and to provide those clothes to plaintiff to wear during the trial of this case. Plaintiff's family may either ship the clothes, or bring them personally, to the U. S. Marshals Service office in Jackson, Tennessee, within five (5) days before the trial, but no earlier. Plaintiff must promptly inform his family of any

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/24/05

changes in the trial setting, so that it will not be necessary for the Marshal to retain the clothes for an extended period of time.

The address for the U.S. Marshals Service office in Jackson is: 111 S. Highland Ave., Suite 214, Jackson, TN 38301.

The Clerk of Court is directed to provide a copy of this order to the U.S. Marshal.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 May 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 1:02-CV-01250 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Michael D. Mosby
WEST TENNESSEE STATE PRISON
264577
P.O. Box 1150
Henning, TN 38041--115

Stephen R. Butler
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT