IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MICHAEL D. MOSBY, | ) |
| Plaintiff, | ) |
| VS. | ) No. 02-1250-T/An |
| MICHAEL STRAIN, | ) |
| Defendant. | ) |

ORDER DENYING MOTION FOR ASSISTANCE WITH PRE-TRIAL ORDER

Plaintiff Michael D. Mosby has filed a motion requesting either assistance or the appointment of counsel to assist him with preparing a pre-trial order, which is due on or before June 3, 2005. This motion is DENIED.

Although the setting letter issued on January 19, 2005 stated that a joint pre-trial order would be due, it would be very difficult for the parties in this case to consult and agree on such an order, as the plaintiff is still incarcerated. Therefore, instead of a joint pre-trial order, the parties may each file a pre-trial brief setting out their position on the issues in this case.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_23 May 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _5/24/05_

115

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 115 in case 1:02-CV-01250 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Michael D. Mosby
WEST TENNESSEE STATE PRISON
264577
P.O. Box 1150
Henning, TN 38041--115

Stephen R. Butler
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT