# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| MICHAEL D. MOSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 02-1250-T |
| ) | |
| MICHAEL STRAIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF CONTINUANCE

The jury trial in this case scheduled for June 15, 2005, is hereby continued. A criminal trial is scheduled the same day and must be heard because of the Speedy Trial Act. The new trial date is December 5, 2005, at 9:30 a.m.

IT IS SO ORDERED.

_JAMES D. TODD_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

6 June 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/8/05

118

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 1:02-CV-01250 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

Stephen R. Butler
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Michael D. Mosby
WEST TENNESSEE STATE PRISON
264577
P.O. Box 1150
Henning, TN 38041--115

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT