IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____D.C.

05 NOV 17 AM 8:49

CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

MICHAEL D. MOSBY,

      Plaintiff,

VS.                                       No. 02-1250-T

MICHAEL STRAIN, et al.,

      Defendants.

## ORDER DIRECTING ISSUANCE OF WRIT OF
## HABEAS CORPUS AD TESTIFICANDUM

The clerk of the court is hereby ordered to issue writ of habeas corpus ad testificandum to the Warden, West Tennessee State Prison, P.O. Box 1150, Henning, TN, compelling him to produce Michael D. Mosby, No. 264577, in Courtroom No. 432 of the U.S. Courthouse in Jackson, Tennessee, at 9:00 A.M. on December 5, 2005, and at such other times as the court may direct.

      IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_16 November 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _11/17/05_

120

AD TESTIFICANDUM HABEAS CORPUS

# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

- - - - - - -

|  |  |
|---|---|
| **NO:** | 02-1250 T |
| **Mosby v. Strain** | |
| **AD** | Testificandum |
| **FOR:** | Michael Mosby # 264577 |

**TO:**   Warden, West Tennessee State Penitentiary,
Henning, TN

YOU ARE HEREBY COMMANDED to have the person of Micheal Mosby, 264577, by you restrained of His liberty, as it is said, by whatsoever names detained, together with the day and cause of His being taken and detained, before the Honorable James D. Todd, Judge of the United States District Court for the Western District of Tennessee, at the courtroom of said Court, in the City of Jackson, Tennessee, at 9:00 a.m. on the 5th day of December 2005, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce Him for such other appearances as this court may direct.

WITNESS the Honorable James D. Todd
United States District Judge at Jackson, Tennessee
this 17th day of November 2005 .

**Thomas M. Gould**
*Clerk of Court*

By _C. Head_
*Deputy Clerk*

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 120 in case 1:02-CV-01250 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Michael D. Mosby
WEST TENNESSEE STATE PRISON
264577
P.O. Box 1150
Henning, TN 38041--115

Stephen R. Butler
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT