IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**WESTERN DISTRICT OF TN**
**FILED IN OPEN COURT:**
DATE: 12/5/05
TIME: 9:40 a.m.
INITIALS: ew

| | | |
|---|---|---|
| MICHAEL D. MOSBY, | ) | |
| Claimant, | ) | |
| v. | ) | CASE NO. 02-CV-1250 |
| MICHAEL STRAIN, | ) | |
| Defendant. | ) | |

## ORDER

For good cause shown, Stephen Butler is permitted to withdraw as counsel for Defendant Michael Strain. Defendant Strain continues to be represented by John Sinclair and Rebecca Lyford.

*James D. Todd*
JUDGE TODD
5 December 2005

137318

128

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 128 in case 1:02-CV-01250 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Stephen R. Butler
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Michael D. Mosby
WEST TENNESSEE STATE PRISON
264577
P.O. Box 1150
Henning, TN 38041--115

Rebecca Lyford
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT