

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

MICHAEL D. MOSBY

    Plaintiff

VS.                                      CR. NO. 1:02-1250-T/An

MICHAEL STRAIN,

    Defendant

ORDER ON JURY VERDICT

This cause came on for trial before the Court and jury on December 5, 2005, the Honorable James D. Todd, District Judge, presiding; Plaintiff Michael D. Mosby representing himself Pro Se; Attorneys Rebecca Lyford and John Sinclair representing the defendant, Michael Strain.

After hearing all the proof, arguments of counsel and charge of the Court, the jury retired to begin its deliberation. After due deliberation, the jury returned to open court and announced a verdict. The jury returned a verdict in favor of defendant Michael Strain.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12/13/05

136

The Clerk is directed to prepare a judgment for entry in accordance with the jury verdict in favor of defendant Michael Strain.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 8 December 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 136 in case 1:02-CV-01250 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Michael D. Mosby
WEST TENNESSEE STATE PRISON
264577
P.O. Box 1150
Henning, TN 38041--115

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Rebecca Lyford
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Honorable James Todd
US DISTRICT COURT