

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

MICHAEL D. MOSBY,

v.

MICHAEL STRAIN,                    CASE NUMBER:    1:02-1250-T/An

**Jury verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** in accordance with the jury verdict rendered on December 6, 2005, judgment is hereby entered in favor of the defendant, Michael Strain.

APPROVED:

_____
James D. Todd
UNITED STATES DISTRICT JUDGE


                                   Thomas M. Gould
                                   CLERK

____12/15/05_____    BY:  __C. Herd_____
DATE                              DEPUTY CLERK


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/16/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 137 in case 1:02-CV-01250 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Rebecca Lyford
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202

Michael D. Mosby
WEST TENNESSEE STATE PRISON
264577
P.O. Box 1150
Henning, TN 38041--115

John H. Sinclair
ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT